**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**IN THE MATTER OF:**

| | | |
|---|---|---|
| **NAME:** | **B AND B GROUP DEVELOPMENT, LLC** | **CHAPTER 11 NO. 14-40430** |
| | | **OUR FILE NO. 13900** |
| **ADDRESS:** | **2367 SHERIFF ALLEN RD.** | |
| | **SHELBY, NC 28152-8037** | |
| **EIN:** | **41-2223718** | |

**DEBTOR(S).**

_____

**DISCLOSURE OF CORPORATE OWNERSHIP
PURSUANT TO BANKRUPTCY RULE 7007.1**

    **COMES NOW,** the above-named debtor, by and through its attorney of record, and respectfully shows unto the Court the following:

    1.    The debtor-corporation herein has no subsidiaries or divisions.

    2.    The debtor-corporation is a limited liability corporation whose stock is held jointly by Milton Ray Halbert and David Brent Bagwell.

Respectfully submitted this the 29th day of August 2014.

_/s/ William S. Gardner_

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtor
NC State Bar No. 32684
320-1 E. Graham St.
Shelby, NC 28150
Phone 704.600.6113
FAX 888.870.1644
e-mail:  billgardner@gardnerlawoffices.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN THE MATTER OF:

NAME:   B AND B GROUP DEVELOPMENT, LLC   CHAPTER 11 NO. 14-40
   OUR FILE NO. 13900

ADDRESS:   2367 SHERIFF ALLEN RD.
   SHELBY, NC 28152-8037

EIN:   41-2223718

DEBTOR(S).
_____

CERTIFICATE OF SERVICE

WILLIAM S. GARDNER, attorney for the debtor, hereby certifies to the Court as follows:
1. I am not a party to the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **DISCLOSURE OF CORPORATE OWNERSHIP** on all parties in interest, including the Trustee, Bankruptcy Administrator, and Debtor, as the same are shown below, by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession:

B and B Group Development, LLC
2367 Sheriff Allen Rd.
Shelby, NC 28152-8037

Milton Ray Halbert
2367 Sheriff Allen Rd.
Shelby, NC 28152-8037

David Brent Bagwell
712 Williams St.
Kings Mountain, NC  28086

IRS
P.O. Box 21126
Philadelphia, PA  19114

Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

Securities & Exchange Commission
950 E. Paces Ferry NE, Suite 900
Atlanta, GA 30326-1382

**And via the Court's Electronic Case Filing System to:**

Linda W. Simpson
Bankruptcy Administrator
402 W. Trade St., Room 200
Charlotte, NC 28202-1664

     4.  To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
     5.  Service as outlined herein was made within the United States of America.

This the _____ day of August 2014.

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtors
NC State Bar No. 32684
320-1 E. Graham Street
Shelby, NC 28150
Phone (704) 600-6113
FAX (888) 870-1644
e-mail:  billgardner@gardnerlawoffices.com