**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN THE MATTER OF:

NAME:    B AND B GROUP DEVELOPMENT LLC    CHAPTER 11 NO. 14-40430
OUR FILE NO.  13900

ADDRESS:    2367 SHERIFF ALLEN RD.
SHELBY, NC 28152-8037

EIN:    41-2223718

DEBTOR.
_____

**APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY**

The debtor/debtor-in-possession applies to the Court and say as follows:

1.    On August 29, 2014, the debtor herein filed a Chapter 11 petition with this Court and wishes to employ William S. Gardner, an attorney duly admitted to practice in this Court.

2.    The Debtor has remained in possession of its assets.

3.    The Debtor proposes to employ William S. Gardner and Gardner Law Offices, PLLC for the following purposes:

a.    To represent the Debtor in the Chapter 11 case;
b.    To advise the Debtor as to its rights, duties and powers as debtor in possession;
c.    To prepare and file all necessary statements, schedules and other documents;
d.    To negotiate and prepare one or more plans of reorganization;
e.    To represent the Debtor at all hearings, meetings of creditors, conferences, trials and other proceedings;
f.    To perform such other legal services as may be necessary in connection with the case.

4.    The Debtor is informed and believes that the attorney has no connection with the Debtor, creditors, or any other party in interest, or their respective attorneys or accountants.

5.    The Debtor is informed and believes and therefore alleges that the attorney does not hold or represent an interest adverse to the estate with respect to the matters on which they are employed, and that the employment of the attorney is in the best interest of the estate.

6.    The appointment of a Trustee has not been requested in this case and notice of the application need be given only to the Bankruptcy Administrator for this District and hearing need not be held on this application unless promptly requested by the Bankruptcy Administrator.

**WHEREFORE,** the Debtor prays for the entry of an order approving the employment

of the attorney as set forth above in this application and for such other relief as may be just and proper.

This the 5th day of September 2014

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtors
NC State Bar No. 32684
320-1 E. Graham Street
Shelby, NC 28150
Phone (704) 600-6113
FAX (888) 870-1644
e-mail:  billgardner@gardnerlawoffices.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN THE MATTER OF:

| | | |
|---|---|---|
| NAME: | B AND B GROUP DEVELOPMENT LLC | CHAPTER 11 NO. 14-40430 |
| | | OUR FILE NO. 13900 |
| ADDRESS: | 2367 SHERIFF ALLEN RD. | |
| | SHELBY, NC 28152-8037 | |
| EIN: | 41-2223718 | |
| | DEBTOR. | |

_____

**VERIFIED STATEMENT OF ATTORNEY**

Pursuant to Section 329(a) of the Bankruptcy Code, and Rules 2014(a) and 2016(b), William S. Gardner, on behalf of himself and Gardner Law Offices, PLLC, being of lawful agent, states and declares under penalty of perjury the following:

1. I am admitted to practice law in the State of North Carolina, having been admitted in 2004.

2. I am admitted to practice law before the United States District Court for the Western District of North Carolina and by virtue thereof am admitted to practice bankruptcy law before this court.

3. Both the undersigned and my law firm are disinterested persons as that term is defined by the Bankruptcy Code and do not hold, or represent an interest adverse to the estate with respect to the matter on which we are to be employed.

4. Neither the attorney nor his firm shared or has agreed to share any portion of the compensation paid or to be paid in connection with this case with any other person except members or associates of the firm.

5. Neither the undersigned nor the law firm has represented any creditors of the Debtor in this case.

6. The law firm has no connection with the attorneys or the accountants of any party in interest.

7. Both the attorney and the firm understand that there is a continuing duty to disclose any adverse interest that may arise or be discovered during the course of the case.

This the 5th day of September 2014

*/s/ William S. Gardner*

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtors
NC State Bar No. 32684
320-1 E. Graham Street
Shelby, NC 28150
Phone (704) 600-6113 / FAX (888) 870-1644
e-mail:  billgardner@gardnerlawoffices.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN THE MATTER OF:

NAME:    B AND B GROUP DEVELOPMENT LLC    CHAPTER 11 NO. 14-40430
OUR FILE NO. 13900

ADDRESS:   2367 SHERIFF ALLEN RD.
SHELBY, NC 28152-8037

EIN:    41-2223718

Debtor
_____

NOTICE OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY
AND NOTICE OF OPPORTUNITY FOR HEARING

(No-Protest Notice: No Hearing Will Be Held
Unless Request For Hearing Is Filed)

**PLEASE BE ADVISED** that the above-named debtor has filed papers with the United States Bankruptcy Court for the Western District of North Carolina for approval of an application for order approving employment of attorney.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor in the application, or if you want the Court to consider your views on the application, then on or before the **30th day of September 2014,** you or your attorney must do three (3) things:

1. **File with the court a written request for a hearing and a written response if you desire to file one at:**

   United States Bankruptcy Court
   Western District of North Carolina
   401 W. Trade Street
   Charlotte, NC 28202

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

      William S. Gardner
      Attorney for the Debtors
      320-1 E. Graham Street
      Shelby, NC 28150

      and to:

      Linda W. Simpson
      Bankruptcy Administrator
      402 W. Trade St., Room 200
      Charlotte, NC 28202-1664

3. **Attend the hearing scheduled for Friday, October 31, 2014 at 9:30 a.m.** in Courtroom Number 5 at the Cleveland County Courthouse and Law Enforcement Center, 100 Justice Place, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Dated this the 5th day of September 2014.

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtor
320-1 E. Graham Street
Shelby, NC 28150
N.C. State Bar No. 32684
(704) 600.6113/Fax (888) 870.1644
e-mail: billgardner@gardnerlawoffices.com

# CERTIFICATE OF SERVICE

WILLIAM S. GARDNER, attorney for the debtor, hereby certifies to the Court as follows:
1. I am not a party to the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY** on all parties in interest, including the Trustee, Bankruptcy Administrator, and Debtor, as the same are shown below, by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession:

B and B Group Development, LLC
2367 Sheriff Allen Rd.
Shelby, NC 28152-8037

**And via the Court's Electronic Case Filing System to:**

Linda W. Simpson
Bankruptcy Administrator
402 W. Trade St., Room 200
Charlotte, NC 28202-1664

4. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
5. Service as outlined herein was made within the United States of America.

This the _____ day of September 2014.

_____
William S. Gardner
Gardner Law Offices, PLLC
Attorney for the Debtors
NC State Bar No. 32684
320-1 E. Graham Street
Shelby, NC 28150
Phone (704) 600-6113
FAX (888) 870-1644
e-mail:  billgardner@gardnerlawoffices.com